UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLA MCKEIDA BROWN,

                Plaintiff,

    -against-                      24 CIVIL 4250 (LTS)

JENNIFER L. ALEXANDER; ALISON        CIVIL JUDGMENT
LENIHAN, ESQ.; RXR SOYO EXALTA,
LLC; STATE OF NEW YORK,

                Defendants.

    For the reasons stated in the December 10, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 18, 2024
              New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge